UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

United States of America,

        Plaintiff,         Case No. 3:21-cv-138

v.         Judge Thomas M. Rose

Elizabeth Zimmerman,
    SSN: \*\*\*-\*\*-4795,

        Defendant,

        and

Brigid's Path, Inc.

        Garnishee.

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE PETER B. SILVAIN, JR (DOC. 14) THAT PLAINTIFF'S MOTION FOR A WRIT OF GARNISHMENT (DOC. 11) BE GRANTED.**

---

    Pending before the Court is a Report and Recommendations of United States Magistrate Judge Peter B. Silvain, Jr, (Doc. 14), that recommends that Plaintiff's Motion for a Writ of Garnishment (Doc. 11) be granted.

    As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that the Report and Recommendation is correct. Wherefore, the Court **ADOPTS** Report and

Recommendations of United States Magistrate Judge Peter B. Silvain, Jr, (Doc. 14), and **GRANTS** Plaintiff's Motion for a Writ of Garnishment (Doc. 11). Upon application of Plaintiff United States of America for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application.

    **DONE** and **ORDERED** this Thursday, December 16, 2021.

                                                  s/Thomas M. Rose

                                                  THOMAS M. ROSE
                                                  UNITED STATES DISTRICT JUDGE